**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 12-20003-KHV/DJW** |
| | ) | |
| **ROBERT M. BAITEY, III,** | ) | |
| **JORGE REYNOSO,** | ) | |
| **STEVEN M. HOHN,** | ) | |
| **MICHAEL C. QUICK,** | ) | |
| **TRACY ROCKERS,** | ) | |
| **REBECCA L. ZEHRING,** | ) | |
| **KEITH N. ARNEY,** | ) | |
| **RONNIE D. MORELAN,** | ) | |
| **JORDAN R. NOBLE,** | ) | |
| **MICHAEL C. REDIFER,** | ) | |
| **KERRY L. RANDALL,** | ) | |
| **GREGORY L. RENFT,** | ) | |
| **DANIEL REYNOSO,** | ) | |
| **a/k/a "Chapo,"** | ) | |
| **DANNY MARLIN,** | ) | |
| **and** | ) | |
| **DUSTIN COOK,** | ) | |
| | ) | |
| **Defendants. )** | | |

**SECOND SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

Beginning in or about October 2010, and continuing to on or about November 30,

2011, both dates being approximate and inclusive, in the District of Kansas and elsewhere,

the defendants,

**ROBERT M. BAITEY, III,
JORGE REYNOSO,**

1

**STEVEN M. HOHN,**
**MICHAEL C. QUICK,**
**TRACY ROCKERS,**
**REBECCA L. ZEHRING,**
**KEITH N. ARNEY,**
**RONNIE D. MORELAN,**
**JORDAN R. NOBLE,**
**MICHAEL C. REDIFER,**
**KERRY L. RANDALL,**
**GREGORY L. RENFT,**
**DANIEL REYNOSO, a/k/a "Chapo,"**
**DANNY MARLIN,**
**and**
**DUSTIN COOK,**

unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with

each other and with other persons known and unknown to the grand jury, to commit the

following offenses against the United States: possess with intent to distribute and to

distribute fifty grams or more of methamphetamine, a controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United

States Code, Section 2.

This was all in violation of Title 21, United States Code, Section 846.

## COUNT 2

Beginning on or about August 20, 2011, and continuing to on or about August 21,

2011, both dates being approximate and inclusive, in the District of Kansas and elsewhere,

the defendants,

**ROBERT M. BAITEY, III,**
**KEITH N. ARNEY,**
**and**
**RONNIE D. MORELAN,**

did knowingly, intentionally and unlawfully use and carry a firearm, that is, a 9mm Hi-Point pistol; during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to distribute and to possess with intent to distribute fifty grams or more of methamphetamine, a controlled substance, and did possess said firearm, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to distribute and to possess with intent to distribute fifty grams or more of methamphetamine, a controlled substance, in violation of Title 18, United States Code, Sections 924(c) and Section 2.

## COUNT 3

Beginning on or about August 21, 2011, and continuing to on or about November 30, 2011, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

**ROBERT M. BAITEY, III**
**and**
**KERRY RANDALL,**

who were unlawful users of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .45 caliber Hi-Point pistol, serial number 4180870, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 4

On or about August 24, 2011, in the District of Kansas, the defendant,

**TRACY ROCKERS,**

knowingly and intentionally distributed a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 5

On or about September 16, 2011, in the District of Kansas, the defendant,

## TRACY ROCKERS,

knowingly and intentionally possessed with intent to distribute five grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and  841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT 6

On or about October 21, 2011, in the District of Kansas, the defendant,

## TRACY ROCKERS,

knowingly and intentionally distributed a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 7

On or about October 27, 2011, in the District of Kansas, the defendant,

## TRACY ROCKERS,

knowingly and intentionally distributed a mixture and substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 8

Between on or about November 22, 2011, and on or about November 30, 2011, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**ROBERT M. BAITEY, III,**

who is an unlawful user of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a .45 caliber Essex Arms Corp. pistol, serial number 58307, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 9

On or about November 30, 2011, in the District of Kansas, the defendant,

**ROBERT M. BAITEY, III,**

did knowingly, intentionally, and unlawfully possess firearms, that is, a .45 caliber Hi-Point pistol, serial number 4180870; a 9mm Smith & Wesson pistol, Model 59, serial number A249291; and, a .22 caliber Hy-Hunter Firearms revolver, Model Frontier Six-Shooter, serial number 18962; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute methamphetamine and maintaining a drug-involved premise, in violation of Title 18, United States Code, Section 924(c).

## COUNT 10

On or about November 30, 2011, in the District of Kansas, the defendants,

**ROBERT M. BAITEY, III**
**and**

5

**JORGE REYNOSO,**

knowingly and intentionally possessed with intent to distribute five grams or more of methamphetamine, a controlled substance,  in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

## COUNT 11

On or about November 30, 2011, in the District of Kansas, the defendant,

**ROBERT M. BAITEY, III,**

who is an unlawful user of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a 12 gauge Sears, Roebuck & Co., shotgun, Model 200, serial number P177639; a 9mm Smith & Wesson pistol, Model 59, serial number A249291; and, a .22 caliber Hy-Hunter Firearms revolver, Model Frontier Six-Shooter, serial number 18962; and, ammunition; all of which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 12

On or about November 30, 2011, in the District of Kansas, the defendants,

**ROBERT M. BAITEY, III**
**and**
**REBECCA L. ZEHRING,**

did knowingly and intentionally open, lease, rent, use, and maintain a place, that is, 8200 Kaw Avenue, DeSoto, Kansas; and, manage and control, as a lessee and occupant, said residence, making it available for use for the purpose of unlawfully storing, distributing and

using methamphetamine, a controlled substance [a violation of Title 21, United States Code, Section 841(a)(1)], in violation of Title 21, United States Code, Sections 856(a)(1) & (2) and Title 18, United States Code, Section 2.

## COUNT 13

Beginning on or about December 11, 2011, and continuing to on or about December 12, 2011, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**STEVEN M. HOHN,**

who is an unlawful user of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a .22 caliber Armi Jager rifle, Model AR15; and, ammunition; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 14

On or about December 23, 2011, in the District of Kansas, the defendant,

**STEVEN M. HOHN,**

who is an unlawful user of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a 9mm Springfield pistol, Model XD9, serial number US834162; a .22 caliber Ruger rifle, Model 10/22, serial number 353-30851; a .410 gauge Savage shotgun, Model 220A; and a .22 caliber Mossberg rifle, Model 42M-

C; and, ammunition; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 15

Between on or about August 24, 2011, and on or about November 30, 2011, both dates being approximate and inclusive, in the District of Kansas, the defendants,

**ROBERT M. BAITEY, III**
**and**
**STEVEN M. HOHN,**

who are unlawful users of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a 20 gauge Savage shotgun, Springfield Model 67F, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2) and 2.

## COUNT 16

Between on or about August 24, 2011, and on or about November 30, 2011, both dates being approximate and inclusive, in the District of Kansas, the defendants,

**ROBERT M. BAITEY, III**
**and**
**STEVEN M. HOHN,**

knowingly and unlawfully received and possessed a firearm, that is, a 20 gauge Savage shotgun, Springfield Model 67F, which had an overall length of less than 26 inches and a barrel of less than 18 inches in length and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code,

8

Sections 5841, 5861(d), and 5871, with reference to Title 26, United States Code, Section 5845(a).

## COUNT 17

On or about December 20, 2011, in the District of Kansas, the defendant,

### KERRY L. RANDALL,

having been convicted in 2006, case number 05CR2855, of Possession of Methamphetamine and No Drug Tax Stamp; and, in 2007, case number 07CR1043, of Aggravated Assault of a Law Enforcement Officer and Felony Obstructing Legal Process; all in the District Court of Johnson County, Kansas and crimes punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely,  a .45 caliber Essex Arms Corp. pistol, serial number 58307, and a .22 caliber Armi Jager rifle, Model AR15, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 18

Between on or about March 5, 2011 and on or about January 27, 2012, both dates being approximate and inclusive, in the District of Kansas, the defendant,

### KERRY L. RANDALL,

having been convicted in 2006, case number 05CR2855, of Possession of Methamphetamine and No Drug Tax Stamp; and, in 2007, case number 07CR1043, of Aggravated Assault of a Law Enforcement Officer and Felony Obstructing Legal Process;

all in the District Court of Johnson County, Kansas and crimes punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a 9mm Ruger pistol, Model P95, serial number 316-90294, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 19

Between on or about March 5, 2011 and on or about January 27, 2012, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**MICHAEL C. QUICK,**

having been convicted in 2006, case number 05CR215, of Possession of Methamphetamine and Criminal Possession of a Firearm, in the District Court of Miami County, Kansas; and, in 2007, case number 06CR3090, of Possession of Amphetamine, in the District Court of Johnson County, Kansas; crimes punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a 9mm Ruger pistol, Model P95, serial number 316-90294, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 20

On or about April 9, 2012, in the District of Kansas and elsewhere, the

defendants,

**JORGE REYNOSO**
**and**
**DANIEL REYNOSO, a/k/a "Chapo,"**

possessed with intent to distribute fifty grams or more of methamphetamine, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1.  The allegations contained in Counts 1 through 20 of the Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to

Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section

2461(c).

## FORFEITURE NOTICE - FIREARMS VIOLATIONS

2.  Upon conviction of the offenses identified in Counts  2, 3, 8, 9, 11, 13-19, the

defendants,

**ROBERT M. BAITEY, III,**
**JORGE REYNOSO,**
**STEVEN M. HOHN,**
**MICHAEL C. QUICK,**
**TRACY ROCKERS,**
**REBECCA L. ZEHRING,**
**KEITH N. ARNEY,**
**RONNIE D. MORELAN,**
**JORDAN R. NOBLE,**
**MICHAEL C. REDIFER,**
**KERRY L. RANDALL,**
**GREGORY L. RENFT,**

11

**DANIEL REYNOSO, a/k/a "Chapo,"**
**DANNY MARLIN,**
**and**
**DUSTIN COOK,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved the commission of the offenses, including, but not limited to, a .45 caliber Essex Arms Corp. pistol, serial number 58307; a 12 gauge Sears, Roebuck & Co., shotgun, Model 200, serial number P177639; a .45 caliber Hi-Point pistol, Model JHP, serial number X4180870; a 9mm Smith & Wesson pistol, Model 59, serial number A249291; and, a .22 caliber Hy-Hunter Firearms revolver, Model Frontier Six-Shooter, serial number 18962; a .22 caliber Armi Jager rifle, Model AR15; a 9mm Springfield pistol, Model XD9, serial number US834162; a .22 caliber Ruger rifle, Model 10/22, serial number 353-30851; a .410 gauge Savage shotgun, Model 220A; a .22 caliber Mossberg rifle, Model 42M-C; 20 gauge Savage shotgun, Springfield Model 67F; a 9mm Ruger pistol, Model P95, serial number 316-90294; and, a 9mm Ruger pistol, Model P95, serial number 316-90294; and, ammunition; seized by law enforcement, in the District of Kansas.

3.  All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**FORFEITURE NOTICE - CONTROLLED SUBSTANCES VIOLATIONS**

4.  Upon conviction of the offense identified in Counts 1, 4-7, 10 & 12 & 20 the defendants,

**ROBERT M. BAITEY, III,**
**JORGE REYNOSO,**
**STEVEN M. HOHN,**

12

**MICHAEL C. QUICK,**
**TRACY ROCKERS,**
**REBECCA L. ZEHRING,**
**KEITH N. ARNEY,**
**RONNIE D. MORELAN,**
**JORDAN R. NOBLE,**
**MICHAEL C. REDIFER,**
**KERRY L. RANDALL,**
**GREGORY L. RENFT,**
**DANIEL REYNOSO, a/k/a "Chapo,"**
**DANNY MARLIN,**
**and**
**DUSTIN COOK,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the

result of such offense, and any property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of the offenses. The property to be forfeited

includes, but is not limited to a .45 caliber Essex Arms Corp. pistol, serial number 58307;

a 12 gauge Sears, Roebuck & Co., shotgun, Model 200, serial number P177639; a .45

caliber Hi-Point pistol, Model JHP, serial number X4180870; a 9mm Smith & Wesson pistol,

Model 59, serial number A249291; and, a .22 caliber Hy-Hunter Firearms revolver, Model

Frontier Six-Shooter, serial number 18962; a .22 caliber Armi Jager rifle, Model AR15; a

9mm Springfield pistol, Model XD9, serial number US834162; a .22 caliber Ruger rifle,

Model 10/22, serial number 353-30851; a .410 gauge Savage shotgun, Model 220A; a .22

caliber Mossberg rifle, Model 42M-C;  20 gauge Savage shotgun, Springfield Model 67F;

a 9mm Ruger pistol, Model P95, serial number 316-90294; and, a 9mm Ruger pistol, Model

P95, serial number 316-90294; and, ammunition.

    5.  All pursuant to Title 21, United States Code, Section 853.

6.      If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).


A TRUE BILL.


DATED: May 22, 2012               *s/ Foreperson*
                                  FOREPERSON OF THE GRAND JURY


*s/ Terra D. Morehead #12759*
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

14

**PENALTIES:**

**Counts 1 & 20:**

- NLT 10 Years NMT Life Imprisonment,
- NMT $10,000,000.00 Fine,
- NLT 5 Years S.R.,
- Special Assessment $100.00, and,
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NLT 20 years, NMT Life Imprisonment,
- NMT $20,000,000.00 Fine,
- NLT 10 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

In the event of two or more prior convictions for a felony drug offense:

- NLT Life Imprisonment,
- NMT $20,000,000.00 Fine,
- $100 Special Assessment, and,
- Forfeiture Allegation.

**Counts 2 & 9:**

- NLT 5 Years and NMT Life Imprisonment (consecutive),
- NMT $250,000.00 Fine,
- NMT 5 Years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

Upon any second or subsequent conviction:

- NLT 25 Years and NMT Life Imprisonment (consecutive to all other terms of imprisonment),
- NMT $250,000.00 Fine,
- NMT 5 Years S.R.,
- $100.00 Special Assessment, and,
- Forfeiture Allegation.

**Counts 4, 6 & 7:**

- ■    NMT 20 years Imprisment,
- ■    NMT $1,000,000.00 Fine,
- ■    NLT 3 years S.R.,
- ■    $100 Special Assessment, and
- ■    Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- ■    NMT 30 years Imprisment,
- ■    NMT $2,000,000.00 Fine,
- ■    NLT 6 years S.R.,
- ■    $100 Special Assessment, and,
- ■    Forfeiture Allegation.

**Counts 5 & 10:**

- ■    NLT 5 years and NMT 40 years Imprisment,
- ■    NMT $5,000,000.00 Fine,
- ■    NLT 4 years S.R.,
- ■    $100 Special Assessment, and,
- ■    Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- ■    NLT 10 years, NMT Life Imprisment,
- ■    NMT $8,000,000.00 Fine,
- ■    NLT 8 years SR, and
- ■    $100 Special Assessment, and,
- ■    Forfeiture Allegation.

**Counts 3, 8, 11, 13-19:**

- ■    NMT 10 years Imprisment,
- ■    NMT $250,000.00 Fine,
- ■    NLT 3 years S.R.,
- ■    $100 Special Assessment, and,
- ■    Forfeiture Allegation.

**Count 12:**

- NMT 20 years Imprisonment,
- NMT $500,000.00 Fine,
- NMT 5 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.